AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Keith Hedstrom,
        *Plaintiff*
        v.                                      Civil Action No.    3:12-3581-MBS

Bridgestone Americas, Inc., and Segwick Claims Management Services, Inc.,
        *Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Keith Hedstrom, shall take nothing of the defendants, and this action is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1).

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge presiding. The court having granted the defendants' motion to dismiss.

Date:   June 18, 2013                                   *CLERK OF COURT*

                                                                    s/Angie Snipes

                                                   *Signature of Clerk or Deputy Clerk*